```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22423
   CLENTON J HENDRICKS
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-2204


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/30/07 .

   2.  The case was dismissed without confirmation, 08/01/2008.

   3.  The Debtor paid a total of $    5723.04 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
ABN AMRO MORTGAGE          CURRENT MORTG        .00            .00             .00
ABN AMRO MORTGAGE          MORTGAGE ARRE   NOT FILED           .00             .00
FORD MOTOR CREDIT CO       SECURED VEHIC        .00            .00          342.27
INTERNAL REVENUE SERVICE   SECURED              .00            .00         4716.53
RESURGENT CAPITAL SERVIC   SECURED VEHIC        .00            .00             .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED           .00             .00
ALLIED INTERSTATE INC      UNSECURED       NOT FILED           .00             .00
APPLIED CREDIT BANK        UNSECURED       NOT FILED           .00             .00
PEOPLES GAS                UNSECURED       NOT FILED           .00             .00
        Summary of disbursements:
--------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00          .00          .00           .00
PRINCIPAL PAID       5058.80         .00          .00          .00       5058.80
INTEREST PAID            .00         .00          .00          .00           .00
TOTAL PAID           5058.80         .00          .00          .00       5058.80
The Debtor's attorney, HAROLD M SAALFELD             , was allowed $          .00
and was paid $          .00 .

The Trustee received $    306.55 .

Refunds to the Debtor totaled $    357.69 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 11/13/08                    /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 22423 CLENTON J HENDRICKS